

**Entered on Docket
April 09, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Kristin A. Schuler-Hintz, Esq., SBN 7171 |
| 10 | Seth J. Adams, Esq., SBN 11034 |
|    | Christopher K. Lezak, Esq., SBN 11185 |
| 11 | Sherry A. Moore, Esq., SBN 11215 |
|    | McCarthy & Holthus, LLP |
| 12 | 9510 West Sahara Avenue, Suite 110 |
|    | Las Vegas, NV 89117 |
| 13 | Phone (702) 685-0329 |
|    | Fax (866) 339-5691 |
| 14 | NVBK@McCarthyHolthus.com |
| 15 | Attorney for Secured Creditor, |
| 16 | HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR4, its assignees and/or successors and the servicing agent WELLS FARGO BANK |
| 17 | |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | ) Case No.: 10-11351-lbr |
|---|---|
|  | ) |
| Dusko Gujic, | ) Chapter 7 |
| Dubravka Gujic, | ) |
|  | ) DATE:  03/31/10 |
| Debtors. | ) TIME:    10:00 am |
|  | ) |
|  | ) **ORDER TERMINATING** |
|  | ) **AUTOMATIC STAY** |
|  | ) |

*Rev. 12.09*                                                                                                    M&H File No. NV-10-22830
                                                                                                                                10-11351-lbr

The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 6167 Mythic Atlantis Avenue, Las Vegas, NV 89139.

Secured Creditor will provide not less than 7 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Christopher K. Lezak*_____
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Order Filed 02/23/10-no response received*___
Sam Benevento, Esq.
1945 E. Warm Springs Road
Las Vegas, NV 89119
(702) 433-2000

Approved/Disapproved

*Order Filed 02/23/10-no response received*__
Joseph B. Atkins
5030 Paradise Road #B-213
Las Vegas, NV 89119

*Rev. 12.09*    M&H File No. NV-10-22830
10-11351-lbr

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X   This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Sam Benevento- Order Filed 02/23/10-no response received

Unrepresented parties appearing: None

Trustee: Joseph B. Atkins- Order Filed 02/23/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

###

*Rev. 12.09*     M&H File No. NV-10-22830
10-11351-lbr